UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:02-CR-00111-LRH-VPC |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| BRYAN EDWIN EIDEM, ) | |
| ) | |
| Defendant. ) | |

Before the Court is Defendant's Petition for Early Termination of Supervised Release (Doc. #14). Also before the Court is U.S. Probation's Violation Report requesting modification of release conditions dated March 28, 2006, which was approved on March 31, 2006 (Doc. #15). Defendant's petition for early termination of supervised release (Doc. #14) is denied based upon U.S. Probation's Violation Report of March 28, 2006.

**IT IS SO ORDERED.**

DATED this 7th day of April, 2006.

_____
LARRY R. HICKS
United States District Judge